UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:

BRIGHTON COLLECTIBLES, LLC,

Plaintiff,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT; RODNEY SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA,

Defendants.

No. 26-03703

**ORDER**

On consideration of plaintiff's consent motion for motion for errata to file a corrected Form 13, it is hereby

ORDERED that the motion is granted.

Dated: ____________
New York, NY

________________________

Pursuant to Rule 82(b), the above motion is Granted.

Dated: August 25, 2026

Clerk of the Court
By: /s/ Giselle Almonte
Deputy Clerk